FILED

MAY 1 2 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

v.

)
)
)
)
)
)

NO. 1:26-cv-127
(To be assigned by the Clerk's Office.
Do not write in this blank.)

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## WITH SUPPORTING DOCUMENTATION

I, D'Angelo Davis _____, declare that I am the:

[X] plaintiff/petitioner

[ ] defendant/respondent

[ ] Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

In further support of this application, I answer the following questions:

Page 1 of 10

## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First     Middle     Last)                    YEAR OF BIRTH

D'Angelo          Davis                              08-25-1995

SOCIAL SECURITY NUMBER (last 4 digits only)          PHONE NOS.

2734

HOME ADDRESS:

611 S Lovell AVE   Chattanooga TN, 37412

OWN OR RENT?          HOW LONG AT CURRENT ADDRESS?

Rent

MARITAL STATUS:

Single

NAME AND ADDRESS OF CURRENT EMPLOYER:

I Am Foundation    611 S Lovell AVE Chatt TN, 37412

TELEPHONE NUMBER OF EMPLOYER:

423-320-5743

HOW LONG AT CURRENT EMPLOYMENT?

6 years

OCCUPATION (Describe what you do):

CEO OF I Am Foundation / Social Security

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS: 0          NET: 0

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT:     1-09-25

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT:

$2000.00

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES WITHIN THE PAST TWELVE MONTHS?

Business, professional or other form of self-employment?   [ ] Yes   [X] No

If YES, state the source and amount:

Rent payments, interest, or dividends?   [ ] Yes   [X] No

If YES, state the source and amount:

Pensions, annuities, or life insurance payments?   [ ] Yes   [X] No

If YES, state the source and amount:

Gifts or inheritance?   [ ] Yes   [X] No

If YES, state the source and amount:

Any other source?   [ ] Yes   [X] No

If YES, state the source and amount:

## ASSETS:

### LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

CASH       0       $

CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below)
**(Do NOT include account numbers)**      $   0

_____

_____

SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below)     $   0
**(Do NOT include account numbers)**

_____

_____

STOCKS AND BONDS      $   0

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

_____   $_____

N/A

_____   $_____

_____   $_____

            **TOTAL REAL ESTATE**      $   0

Page 4 of 10

## VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

| | |
|---|---|
| _____ | $ _____ 0 _____ |
| _____ | $ _____ 0 _____ |
| _____ | $ _____ 0 _____ |
| **TOTAL PERSONAL PROPERTY** | $ _____ 0 _____ |

## MOTOR VEHICLES

| Year/Make | License No. | Current Value |
|---|---|---|
| _____ | | $ _____ 0 _____ |
| _____ | | $ _____ 0 _____ |
| _____ | | $ _____ 0 _____ |
| **TOTAL VALUE OF MOTOR VEHICLES** | | $ _____ 0 _____ |

## DEBTS OWED TO YOU (Give Name of Debtor)

| | |
|---|---|
| _____ | $ _____ 0 _____ |
| _____ | $ _____ 0 _____ |
| _____ | $ _____ 0 _____ |
| **TOTAL DEBTS OWED TO YOU** | $ _____ 0 _____ |

## OTHER ASSETS (ITEMIZE)

| | |
|---|---|
| _____ | $ _____ 0 _____ |
| _____ | $ _____ 0 _____ |
| _____ | $ _____ 0 _____ |
| **TOTAL OTHER ASSETS** | $ _____ 0 _____ |

**TOTAL OF ALL ASSETS:** $ _____ 0 _____

Case 1:26-cv-00127-CEA-MJD    Document 1    Filed 05/12/26    Page 5 of 10    PageID #: 5

## LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

_____  $ _____0_____

_____  $ _____0_____

_____  $ _____0_____

**TOTAL LOANS PAYABLE TO BANKS**  $ _____0_____

| | |
|---|---|
| NOTES (LOANS PAYABLE TO OTHERS) | $ 0 |
| MORTGAGES PAYABLE ON REAL ESTATE | $ 0 |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ 0 |
| MEDICAL BILLS | $ 0 |
| TAXES AND ASSESSMENTS PAYABLE | $ 0 |

OTHER LIABILITIES (Itemize)

_____  $ _____

_____  $ _____

  $ _____

**TOTAL LIABILITIES**  $ 0

## LIVING EXPENSES

|  | Monthly Payment | Balance Owing |
|---|---|---|
| [✓]RENT or [ ]MORTGAGE PAYMENT (check one) | $ 750.00 | $ |
| ELECTRICITY | $ 169.00 | $ |
| WATER | $ 71.00 | $ |
| GAS | $ ∅ | $ |
| TELEPHONE | $ 85.00 | $ |
| FOOD | $ 200 | $ |
| ALIMONY | $ ∅ | $ |
| CHILD SUPPORT | $ ∅ | $ |
| CHILD CARE | $ ∅ | $ |
| SCHOOL EXPENSES | $ 36,000 | $ 36,000 |
| AUTOMOBILE NOTE | $ ∅ | $ |
| AUTOMOBILE INSURANCE | $ ∅ | $ |
| AUTOMOBILE REPAIRS | $ ∅ | $ |
| GASOLINE | $ ∅ | $ |
| FURNITURE NOTE | $ ∅ | $ |
| CLOTHING | $ ∅ | $ |
| CABLE TELEVISION | $ ∅ | $ |
| LIFE INSURANCE | $ ∅ | $ |
| HOSPITALIZATION INSURANCE | $ ∅ | $ |
| DOCTORS | $ ∅ | $ |
| DRUGS | $ ∅ | $ |
| CREDIT CARDS | $ ∅ | $ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ ∅ | $ |
| TAXES | $ ∅ | $ |
| ANY OTHER EXPENSES (LIST) | | |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| **TOTAL EXPENSES** | | $ 1,311 |

Case 1:26-cv-00127-CEA-MJD    Document 1    Filed 05/12/26    Page 7 of 10    PageID #: 7

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First      Middle      Last)           YEAR OF BIRTH

SOCIAL SECURITY NUMBER (last 4 digits only)           PHONE NOS.

HOME ADDRESS (if different from yours):

N/A

OWN OR RENT?           HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

      Salary or Wages           $_____

      Commissions           $_____

      All other sources (Pensions; Soc.Sec.;
      Rent; Interest; Dividends; Alimony, etc.)  $_____

           TOTAL:           $_____

Case 1:26-cv-00127-CEA-MJD    Document 1    Filed 05/12/26    Page 8 of 10    PageID #: 8

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:                    Age:           Relationship:        Living
                                                              With Whom?

_____

_____

N/A

_____

_____

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)              $_____

TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS                                       $_____

Case 1:26-cv-00127-CEA-MJD     Document 1     Filed 05/12/26     Page 9 of 10     PageID #: 9

## AFFIDAVIT

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.

May 12 2026
_____
DATE

_____
SIGNATURE

Created:        January 31, 2007
IPF Application.wpd