# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

**I AM Foundation**, Plaintiff,

v.

STATE OF TENNESSEE;
Governor Bill Lee, in his official capacity as Governor of Tennessee;
TENNESSEE GENERAL ASSEMBLY,

Defendants.

1:26-cv-127-CEA-MJD

FILED
MAY 1 2 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff, I AM Foundation, brings this action challenging Tennessee's congressional redistricting plan as unconstitutional racial and partisan gerrymandering that unlawfully dilutes the voting strength of minority and opposition-party voters.

## INTRODUCTION

Defendants enacted congressional district maps designed to favor Republican candidates and entrench one political party in long-term control of Tennessee's congressional delegation. The challenged map fractures historically unified communities, including Memphis and Shelby County, weakening the voting power of Black voters and urban communities.

## JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. § 1331, 28 U.S.C. § 1343, the United States Constitution, and the Voting Rights Act of 1965. Venue is proper because the actions giving rise to this complaint occurred within the State of Tennessee.

## FACTUAL ALLEGATIONS

Tennessee lawmakers enacted a congressional map that intentionally advantages Republican candidates while reducing the electoral influence of Democratic and minority voters. The enacted map divides Memphis and Shelby County among multiple congressional districts, fragmenting communities with shared political, economic, cultural, and historical interests.

## COUNT I — VIOLATION OF THE FOURTEENTH AMENDMENT

The Fourteenth Amendment guarantees equal protection of the laws to all citizens. Defendants intentionally diluted the voting strength of minority and opposition-party voters through discriminatory district design, denying voters equal participation in the political process.

# COUNT II — VIOLATION OF THE FIFTEENTH AMENDMENT

The Fifteenth Amendment prohibits states from denying or abridging the right to vote on account of race. The challenged map disproportionately harms Black voters by weakening their collective voting power and reducing their ability to elect representatives of their choice.

# COUNT III — VIOLATION OF SECTION 2 OF THE VOTING RIGHTS ACT

Section 2 of the Voting Rights Act prohibits voting practices that result in minority voters having less opportunity than others to participate in the political process and elect representatives of their choice. Tennessee's congressional map unlawfully fragments minority voting populations and diminishes the electoral influence of Black voters.

# PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court declare Tennessee's congressional redistricting plan unconstitutional and unlawful; permanently enjoin Defendants from using the challenged map in future elections; order Defendants to adopt a lawful congressional redistricting plan; award attorneys' fees and litigation costs; and grant such additional relief as the Court deems just and proper.

Respectfully submitted,

IAM Foundation
Authorized Representative